```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 34844
   NICOLE WALTON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8501


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/31/2005 and was confirmed 11/17/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 12/20/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 NATIONWIDE ACCEPTANCE~     UNSECURED         1311.86          .00           .00
 SYSTEM & SERVICES TECHNO   SECURED            702.78       224.06        702.78
 MONARCH SERVICES GROUP L   UNSECURED          804.00          .00           .00
 ADVOCATE SO SUBURBAN HOP   UNSECURED       NOT FILED          .00           .00
 AMERICASH LOANS LLC        UNSECURED         1459.96          .00           .00
 CAPITAL ONE                UNSECURED         1367.61          .00           .00
 FIRST NATIONAL BANK        UNSECURED       NOT FILED          .00           .00
 GREAT SENECA FINANCIAL C   UNSECURED       NOT FILED          .00           .00
 INSTANT CASH ADVANCE       UNSECURED       NOT FILED          .00           .00
 LADELL PROPERTY MANAGEME   UNSECURED       NOT FILED          .00           .00
 LARABIDA CHILDRENS HOSPI   UNSECURED       NOT FILED          .00           .00
 NATIONAL QUICK CASH        UNSECURED       NOT FILED          .00           .00
 NATIONWIDE ACCEPTANCE      UNSECURED       NOT FILED          .00           .00
 PARK FOREST FAMILY PRACT   UNSECURED          181.76          .00           .00
 PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00           .00
 CREDIT BUREAU ENTERPRISE   UNSECURED       NOT FILED          .00           .00
 SALLIE MAE GUARANTEE SER   UNSECURED         9012.62          .00         83.94
 WOMEN FOR WOMEN HEALTHCA   UNSECURED       NOT FILED          .00           .00
 ASSET ACCEPTANCE CORP      UNSECURED         1356.93          .00           .00
 LORRAINE GREENBERG & ASS   DEBTOR ATTY      2,200.00                    2,093.73
 TOM VAUGHN                 TRUSTEE                                        170.49
 DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE              3,275.00

 PRIORITY                                     .00
 SECURED                                   702.78
    INTEREST                               224.06

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 34844 NICOLE WALTON
```

```
UNSECURED                                                       83.94
ADMINISTRATIVE                                               2,093.73
TRUSTEE COMPENSATION                                           170.49
DEBTOR REFUND                                                     .00
                                        ----------------   ----------------
TOTALS                                        3,275.00           3,275.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/27/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```